STUYVESANT INSURANCE Co., Appellant, v. THOMAS WILEY, Respondent.—

Munder, Acting P. J., Martuscello, Shapiro, Brennan and Benjamin. JJ., concur.